UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| DALE SCOTT HEINEMAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 09-0582 (PLF) |
| | ) |
| LINDA SANDERS, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that this case is DISMISSED for lack of jurisdiction   This is a final

appealable Order.  *See* Rule 4(a), Fed. R. App. P.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: April 2, 2009                     United States District Judge